964

No. 73–1906. HERMAN INVESTMENT CO. ET AL. *v.* LOEFFLER, TRUSTEE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 73–1984. NEW YORK SHIPPING ASSN., INC. *v.* FEDERAL MARITIME COMMISSION ET AL.; and

No. 73–1990. INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO *v.* FEDERAL MARITIME COMMISSION ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 495 F. 2d 1215.

No. 73–2018. IN RE ROSEN. Ct. App. D. C. Certiorari denied.

No. 73–2022. ROLLINS TELECASTING, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied.

No. 73–2048. MATLOCK TRUCK BODY & TRAILER CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 73–2061. SMITH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–6800. BAXTER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–6895. SOMERSET *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 73–6907. HOLMES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–6908. PETERSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 73–6920. MOODY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.